# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN K. DICESARE | : |
| Plaintiff, | : CIVIL ACTION NO.: 5:17-CV-04236 |
| v. | : **JURY TRIAL DEMANDED** |
| R.H.S. TRUCKING, LLC, et al. | : |
| Defendants. | : |

## AMENDED STIPULATION

AND NOW this 29th day of January, 2018, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that Plaintiff's deadline to respond/amend over to Defendants, R.H.S. Trucking, LLC, Robert Slotter, and Kimberly Schwartz's Motion to Dismiss Plaintiff's First Amended Complaint is enlarged to expire Tuesday, February 6, 2018.

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
WEISBERG LAW
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801
mweisberg@weisberglawoffices.com
*Attorney for Plaintiff*

*/s/ Jacob M. Sitman*
Jacob M. Sitman, Esquire
FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane, P.O. Box 219
*Attorney for Defendants, R.H.S. Trucking, LLC, Robert Slotter, and Kimberly Schwartz*

**AND IT IS SO ORDERED.**



_____, J.